IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00158-CR

No. 10-09-00159-CR

 

Ex parte
William Johnson

 

 



From the 12th District Court

Walker County, Texas

Trial Court Nos. 24632 and 24634

 



MEMORANDUM  Opinion










 

            We withdraw the opinion and judgment
issued in these proceedings dated July 22, 2009, and issue this opinion and judgment dated August 5, 2009.

            William Johnson filed notices of
appeal with this Court regarding two writ of habeas corpus proceedings filed in
the trial court.  After the notices of appeal were filed, the Court was
informed that Johnson received all the relief he requested by the petitions for
writ of habeas corpus in the trial court.  If Johnson received the relief
requested, it would make the appeals moot and we would be without jurisdiction
to decide any issue.

            The Clerk of this Court notified
Johnson by letter that we questioned our jurisdiction.  In the same letter, the
Clerk warned Johnson that the Court would dismiss the appeals unless, within 21
days from the date of the letter, a response was filed showing grounds for
continuing the appeals.  Johnson has not provided a response.

            Accordingly, these appeals are
dismissed.  See Tex. R. App. P.
44.3. 

 

 

                                                                                    TOM
GRAY

                                                                                    Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeals
dismissed

Opinion
delivered and filed August 5, 2009

Do
not publish 

[CR25]